```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CHRISTOPHER DEJESUS, :
:
Plaintiff, :
:  20-cv-9402 (LJL)
-v- :
:  ORDER
DEPARTMENT OF CORRECTIONS, *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     By Order dated January 14, 2021, the Court granted Plaintiff leave to file a second amended complaint within sixty days of the date of that Order.  *See* Dkt. No. 9.  The Order explained that the operative complaint—the amended complaint—did "not contain sufficient facts to state a claim" and therefore "direct[ed] Plaintiff to file a second amended complaint," setting forth the facts that should be alleged in the second amended pleading.  *Id.* at 4–6.  It provided that any such complaint must be submitted to the Pro Se Intake Unit within sixty days of the date of that Order.  *Id.* at 7.

     To date, Plaintiff has not filed a second amended pleading, nor has he filed anything else on the docket since the January 2021 Order.  It is hereby ORDERED that by November 21, 2022, Plaintiff shall file a second amended complaint or shall show cause why the action should not be dismissed for failure to prosecute.  Plaintiff is warned that if he fails to file anything on the docket by November 21, 2022, his case may be dismissed.

     SO ORDERED.

Dated: September 22, 2022
      New York, New York
                                                      LEWIS J. LIMAN
                                                   United States District Judge